### FUSSELL, Respondent, v. CULLEN, Appellant.

(Common Pleas of New York City and County, General Term.    May 7, 1894.)

Appeal from second district court.
Action by George G. Fussell against Richard J. Cullen.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
Niles & Johnson, for appellant.
P. Q. Eckerson, for respondent.
No opinion.    Ordered that the appeal be discontinued, without costs.

---

### JACOBS v. O'GORMAN et al.

(Common Pleas of New York City and County, General Term.    May 7, 1894.)

Action by Henry C. Jacobs against William O'Gorman and another.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
No opinion.    Motion denied, without costs.

---

### ROSENTHAL, Appellant, v. HUNT, Respondent.

(Common Pleas of New York City and County, General Term.    May 7, 1894.)

Appeal from ninth district court.
Action by Julian Rosenthal against Peter Hunt.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
Sampter & Fleischman, for appellant.
No opinion.    Ordered that the judgment be reversed, and new trial ordered, with costs to appellant, to abide event.

---

### UNION NAT. GAS-SAVING CO., Appellant, v. WESTHEIMER et al., Respondents.

(Common Pleas of New York City and County, General Term.    May 7, 1894.)

Appeal from third district court.
Action by the Union National Gas-Saving Company against Albert C. Westheimer and another.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
O. H. Sanderson, for appellant.
O. I. Wise, for respondents.
No opinion.    Ordered that the judgment be affirmed, without costs.

---

### HAYES, Appellant, v. CONSOLIDATED GASLIGHT CO. OF NEW YORK, Respondent.

(Common Pleas of New York City and County, General Term.    May 9, 1894.)

Action by Margaret Hayes, administratrix, etc., against the Consolidated Gaslight Company of New York.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
Wingate & Cullen, for appellant.
Lord, Day & Lord, for respondent.
No opinion.    Order affirmed, without costs.